# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**QUIMBIA REX POTTS, GRAIN DEALERS**
**MUTUAL INSUR. CO., AND CENTRAL ADJUSTMENT CO.**          **PLAINTIFFS**

V.                        CASE NO. 2:06CV00057 SWW

**THE UNITED STATES OF AMERICA**                          **DEFENDANT**

### ORDER

Before the Court is a Joint Motion to Dismiss this case with prejudice. In their Motion, the parties state that they have entered into a settlement agreement and that the terms of that settlement agreement have been fulfilled. The Motion is granted.

**IT IS SO ORDERED** this 27th day of November, 2007, that the case is dismissed with prejudice.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

Stacey E. McCord
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203

Edward H. Schieffler
Attorney for Plaintiff Quimba Rex Potts
P.O. Box 2309
West Helena, Arkansas 72390

Brian Walthart
Attorney for Grain Dealers Mutual
Insurance Co., and Central Adjustment Co.
P.O. Box 1359
West Memphis, AR 72303